No. 95–1530. GLAVEY *v.* DIME SAVINGS BANK OF NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 95–1532. LINDENMEIER ET AL. *v.* SIEMENS POWER CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–1533. MOOSE LODGE #259 (SALT LAKE CITY) ET AL. *v.* DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL. Sup. Ct. Utah. Certiorari denied.

No. 95–1539. KITTLER ET UX. *v.* ECKBERG, LAMMERS, BRIGGS, WOLFF & VIERLING ET AL. Ct. App. Minn. Certiorari denied.

No. 95–1540. HOKE ET AL. *v.* BLUDWORTH ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–1542. COOPER ET AL. *v.* MASSACHUSETTS COMMISSIONER OF REVENUE. Sup. Jud. Ct. Mass. Certiorari denied.

No. 95–1544. BURKHART ET UX. *v.* AGOSTINI. Sup. Ct. Del. Certiorari denied.

No. 95–1547. AMERICAN PREMIER UNDERWRITERS, INC. *v.* USX CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–1554. BATTS *v.* TOW-MOTOR FORKLIFT CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–1559. HICKAM *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 95–1560. CROW TRIBE OF INDIANS ET AL. *v.* REPSIS ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–1568. VENEMAN, SECRETARY, CALIFORNIA DEPARTMENT OF FOOD AND AGRICULTURE, ET AL. *v.* PACIFIC MERCHANT SHIPPING ASSN. Sup. Ct. Cal. Certiorari denied.

No. 95–1574. ALTON & SOUTHERN RAILWAY CO. *v.* EDWARDS. App. Ct. Ill., 5th Dist. Certiorari denied.